**People of the State of Illinois, Plaintiff-Appellee, v. Samuel Foster, Otherwise Called Charles Pete, Defendant-Appellant.**

**Gen. No. 50,713. (Abstract of Decision.)**

First District, Third Division.

January 25, 1968.

Barry Gross, of Chicago, for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Truman Larrey, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.

**People of the State of Illinois, Plaintiff-Appellee, v. Leonard Buck, Defendant-Appellant.**

**Gen. No. 51,336.**

First District, Third Division.

January 25, 1968.